FILED
CLERK, U.S. DISTRICT COURT

4/27/23

CENTRAL DISTRICT OF CALIFORNIA
BY: _____sr_____ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* and the STATE OF CALIFORNIA *ex rel.* HAROLD BAUTISTA,<br><br>        Plaintiffs,<br><br>    v.<br><br>TOWER OUTPATIENT SURGERY CENTER, INC.; JOEL A. ARONOWITZ, M.D., a medical corporation; TOWER WOUND CARE CENTER OF SANTA MONICA, INC.; and TOWER MEDICAL BILLING SOLUTIONS, dba Medicommerce, a California corporation,<br><br>        Defendants. | No. 22-1902 JFW (PLAx)<br><br>ORDER RE DISMISSAL |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the qui tam provisions of the False Claims Act, 31 U.S.C. § 370(b)(1), the United States of America ("United States") and relator Harold Bautista ("Relator") filed a Stipulation of Dismissal. Upon consideration of the Stipulation, and the papers on file in this action,

NOW, THEREFORE, IT IS ORDERED THAT:

1. Consistent with the terms of the April 14, 2023 Settlement Agreement executed by the United States; defendants Tower Outpatient Surgery Center, Inc., Joel A. Aronowitz, MD, a medical corporation, Tower Wound Care Center of Santa Monica, Inc., and Tower Medical Billing Solutions ("Defendants"); and Relator (the "Settlement Agreement"), all claims asserted on behalf of the United States and Relator against Defendants concerning the Covered Conduct as defined in Paragraph J of the Settlement Agreement are dismissed with prejudice.

2. All remaining claims by Relator asserted on behalf of the United States in this action are dismissed without prejudice to the United States and with prejudice to Relator.

3. This dismissal is without prejudice to Relator's claim, if any, for attorney's fees, expenses, costs, and a share of the proceeds of the Federal Settlement Amount pursuant to 31 U.S.C. § 3730(d).

4. The Court shall retain jurisdiction to adjudicate, if necessary, Relator's claim, if any, to attorney's fees, expenses, costs, and a share the proceeds of the Settlement Amount pursuant to 31 U.S.C. § 3730(d). This Order does not waive or otherwise affect the ability of the United States or any other person to contend that provisions of the False Claims Act, including 31 U.S.C. § 3730(b)(5), 3730(d)(3) and 3730(e), bar the Relator or any other person from sharing in the proceeds of the settlement.

IT IS SO ORDERED.

Dated: April 27, 2023

JOHN F. WALTER
United States District Judge

**PROOF OF SERVICE ELECTRONIC MAIL**

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On: April 25, 2023, I served: **[PROPOSED] ORDER RE DISMISSAL** on persons or entities named below by electronic mail:

Date of transmission: April 25, 2023. Place of transmission: Los Angeles, California. Person(s) and/or Entity(s) To Whom Transmitted:

> KELLY WEIL
> (kweil@cpmlegal.com)
> COTCHETT, PITRE & McCARTHY LLP
> 2716 Ocean Park Blvd, Suite 3088
> Santa Monica, CA 90405
> Attorney for Relator Harold Bautista

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: April 25, 2023 at Los Angeles, California.

KAREN HARO

1